**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-81513-CV-MIDDLEBROOKS/MCCABE

MICHAEL KNIGHT,

    Appellant,

v.

KATHLEEN SZABO,

    Appellee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Ryon McCabe's Report and Recommendation (the "Report"), filed on August 17, 2022. (DE 24). The Report recommends affirming the decision of the United States Bankruptcy Court, which granted Appellee Kathleen Szabo's Motion to Dismiss Appellant Michael Knight's adversary complaint. *Id.* The deadline to file objections to the Report has expired, and Appellant has not filed any, nor sought an extension to time to do so.

  Upon careful review of the Report and the record as a whole, I agree with Magistrate Judge McCabe's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Judge McCabe's Report (DE 24) is **ADOPTED**.

(2) The Bankruptcy Court's order granting Appellee Szabo's Motion to Dismiss is **AFFIRMED.**

(3) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers at West Palm Beach, Florida, this 12th day of September, 2022.

Donald M. Middlebrooks
United States District Judge

cc: United States Magistrate Judge Ryon McCabe
Counsel of record